the Seventh Circuit denied. *Mr. Leslie A. Gilmore* and *Mr. Frank S. Bright* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.

---

No. 917. FRANKLIN HUFF ET AL., PETITIONERS, *v.* THE UNITED STATES. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. C. L. Bartlett, Mr. Marion Smith, Mr. John D. Little, Mr. Arthur G. Powell* and *Mr. M. F. Goldstein* for the petitioners. *The Attorney General, The Solicitor General,* and *Mr. Assistant Attorney General Wallace* for the respondent.

---

No. 922. BELER WATER HEATER COMPANY, PETITIONER, *v.* PITTSBURGH WATER HEATER COMPANY. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Melville Church* for the petitioner. No appearance for the respondent.

---

No. 931. PAUL ENGLISH ET AL., PETITIONERS, *v.* ELLA WYMAN BROWN ET AL. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. H. C. Brome* and *Mr. Andrew Foulds, Jr.,* for the petitioners. *Mr. Chauncey G. Parker* for the respondents.

---

No. 937. HENRY C. CALLAGHAN, PETITIONER, *v.* THE COMMONWEALTH OF MASSACHUSETTS. April 10, 1916.

Petition for a writ of certiorari to the Superior Court of the State of Massachusetts denied.    *Mr. Bernard J. Killian, Mr. Charles Toye,* and *Mr. Joseph F. O'Connell* for the petitioner.    No appearance for the respondent.

---

No. 905. W. A. GAINES & COMPANY, PETITIONER, *v.* HELLMAN DISTILLING COMPANY, ETC.    April 17, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James Love Hopkins, Mr. Edmund F. Trabue* and *Mr. D. W. Lindsay* for the petitioner.    *Mr. W. T. Ellis* and *Mr. Luther Ely Smith* for the respondent.

---

No. 916. W. G. SIMPSON ET AL., PETITIONERS, *v.* THE UNITED STATES.    April 17, 1916.    Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.    *Mr. William H. Atwell* for the petitioners.    No brief for the respondent.

---

No. 921. CHARLES T. TUCKER, PETITIONER, *v.* THE UNITED STATES.    April 17, 1916.    Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.    *Mr. Charles T. Tucker, pro se, Mr. Nathaniel H. Maxwell* and *Mr. Francis B. James* for the petitioner.    *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Wallace* for the respondent.

---

No. 933. JOHN K. ROSE, ETC., ET AL., PETITIONERS, *v.* PETER McCLELLAND, JR.    April 17, 1916.    Petition for a writ of certiorari to the United States Circuit Court of